**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR69-01 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| IRA CALBERT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A supervised release violation hearing was conducted on December 29, 2016. The Court adopted the report and recommendation of the magistrate judge and found the defendant to be in violation of his terms and conditions of his supervised release. See, Minutes of Proceedings of December 29, 2016 and Doc. No. 86. The sentencing portion of the hearing was continued three times—July 13, 2017, November 28, 2017, and April 12, 2018—to afford the defendant opportunities to comply with his conditions of supervised release and make restitution payments. In order to afford defendant yet another opportunity to comply with his conditions, on April 12, 2018, the Court entered an interim order, with the same terms and conditions as previously ordered, and with an additional condition of serving a minimum ten hours of community service per month, for a total of fifty hours of community service.

An initial appearance was held on August 15, 2018, on a new violation report filed by the United States Probation Office regarding a new violation of the defendant of the terms and conditions of his supervised release. Defendant Ira Calbert was present and represented by Attorney Larry Whitney. The United States was represented by Assistant United States Attorney Mark Bennett. United States Probation Officer Donald Stranathan was also present at the hearing. The defendant waived his supervised release violation hearing and admitted to the following new violation: Failure to Complete Community Service Work as Directed. The Court found the defendant in violation of his supervised release for the reasons stated on the record in open court and proceeded to pronounce sentence.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of eight (8) months. The restitution and fine ordered are reimposed, and the defendant shall pay the remaining restitution owed in the amount of $19,302.60 and the remaining fine owed in the amount of $1,000.00. The $100.00 special assessment has been satisfied.

No term of supervised release shall follow in this case.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: August 15, 2018

                                                        **HONORABLE SARA LIOI**
                                                        **UNITED STATES DISTRICT JUDGE**